U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA        :

V.                              :        Case No. CR-10-294 (HHK)

Nathan Antoine Peake            :        **FILED**

                                         NOV 0 2 2010

                                :        Clerk, U.S. District & Bankruptcy
                                         Courts for the District of Columbia
O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is the ____2nd____ day of ____November 2010____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on a date convenient to both parties by ____Special Agent James Greczek____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ____Internal Revenue Service____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ____Special Agent James Greczek____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Alan Kay

~~DEFENSE COUNSEL~~                                    Df