IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 10-294(RMU) |
| | ) | |
| | ) | |
| NATHAN ANTOINE PEAKE | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now counsel for the defendant, NATHAN ANTOINE PEAKE, and respectfully moves this Honorable Court for permission to withdraw as counsel for the defendant. In support of this motion, Counsel states the following:

1. A 20 count indictment was filed against the defendant and his co-defendant on October 28, 2010, the defendant was charged in 19 counts;

2. On or about October 31, 2010, the defendant contacted Counsel;

3. Counsel immediately sent an e-mail to AUSA Susan Menzer, on October 31, 2010, inquiring about the status of the case;

4. Counsel spoke with Ms. Menzer about the case on November 1, 2010;

5. Counsel was informed that the defendant would need to appear for arraignment and a bail hearing on November 2, 2010;

6. Counsel informed Ms. Menzer that he would be able to represent the defendant at those hearings only;

7. Thereafter, Counsel and the defendant entered into a limited representation agreement concerning those hearings only;

8. Counsel appeared with the defendant on November 2, 2010, for the arraignment and bail hearing;

9. Counsel was informed that a status hearing would occur on November 15, 2010;

10. Counsel immediately informed the defendant and Ms. Menzer that he could not appear at the status hearing because he is scheduled for surgery on November 10, 2010, and would not return to work until November 24, 2010;

11. Moreover, at all times prior to the November 2, 2010, hearing, Counsel informed both Ms. Menzer and the defendant that Counsel's representation was limited to the hearings on November 2, 2010;

12. Counsel has not entered into an agreement to represent the defendant beyond November 2, 2010;

13. Counsel has been informed by the defendant that the defendant wishes to hire additional counsel to assist with his case;

14. The defendant has indicated that he needs approximately thirty (30) days to come up with the resources to retain counsel;

15. Accordingly, counsel seeks to be relieved from any future appearances until the defendant has retained Counsel's services;

16. In addition, Counsel requests that the defendant appear at the November 15, 2010, status hearing without counsel to address his financial status and ability to retain counsel

17. These matters have been fully communicated to the government;

18. The government at all times relevant to this Counsel's representation has not communicated any objection to Counsel's initial representation of the defendant;

WHEREFORE, Counsel and Defendant respectfully request that this Honorable Court allow Counsel to withdraw in this matter and have the defendant appear on November 15, 2010 to address his position concerning retained counsel. Counsel and the defendant seek to have this matter heard at anytime prior to November 10, 2010.

Respectfully submitted

/s/
_____

Dwight E. Crawley, Esq.
DC Bar#472672
Law Office of Dwight E. Crawley
601 Pennsylvania Ave., NW
South Building-Suite 900
Washington, DC 20004
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record. A copy of this motion was hand-delivered to the defendant, Nathan Antoine Peake.

/s/
_____

Dwight E. Crawley, Esq.